# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10101-MDC

CANDACE MONIQUE LONG

1515 MANTON STREET

PHILADELPHIA, PA 19146

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CANDACE MONIQUE LONG

    1515 MANTON STREET

    PHILADELPHIA, PA 19146

Counsel for debtor(s), by electronic notice only.

    RAYMOND M KEMPINSKI
    COLEMAN & KEMPINSKI
    1700 MARKET ST, SUITE 1005
    PHILADELPHIA, PA 19103-

Date: 10/17/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee