United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10101-mdc
Candace Monique Long                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Dec 12, 2017
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
```
db              +Candace Monique Long,   1515 Manton Street,   Philadelphia, PA 19146-3128
13847870       #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
13847871        +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
13847872        +Fed Loan Servicing,   Po Box 69184,   Harrisburg, PA 17106-9184
13847873        +Fed Loan Srvcg,   Po Box 69184,   Harrisburg, PA 17106-9184
13963006        +Matteo S. Weiner, Esquire,   KML Law Group, P.C,   701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
13847876        +Penn State,   308 Shields Bldg,   University Park, PA 16802-1220
13926005        +Regina Cohen, Esquire,   LAVIN, ONEIL, CEDRONE & DiSIPIO,   190 North Independence Mall West,
                  Suite 500,   6th and Race Streets,   Philadelphia, PA 19106-1557
13918010         U. S. Department of Eudcation,   c/o FedLoan Servicing,   P. O. Box 69184,
                  Harrisburg, PA   17106-9184
13847878        +Wells Fargo Home Projects Visa,   Written Correspondence Resolutions,
                  Mac#X2302-04c Po Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Dec 13 2017 01:11:35     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2017 01:11:19
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2017 01:11:33     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: blegal@phfa.org Dec 13 2017 01:11:29     Pennsylvania Housing Finance Agency,
                  211 N. Front Street,   Harrisburg, PA  17101,   U.S.A. 17101-1406
13847869        +E-mail/Text: ally@ebn.phinsolutions.com Dec 13 2017 01:11:11     Ally Financial,
                  Po Box 380901,   Bloomington, MN 55438-0901
13902294         E-mail/Text: ally@ebn.phinsolutions.com Dec 13 2017 01:11:11     Ally Financial,
                  PO Box 130424,   Roseville MN 55113-0004
13878125         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2017 01:12:00
                  Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                  Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
13938507         E-mail/Text: bankruptcy@phila.gov Dec 13 2017 01:11:34     City of Philadelphia,
                  Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13920482        +E-mail/Text: bankruptcy@cavps.com Dec 13 2017 01:11:32     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13847874        +E-mail/Text: bk@lendingclub.com Dec 13 2017 01:11:42     Lending Club Corp,   71 Stevenson St,
                  Suite 300,   San Francisco, CA 94105-2985
13847875        +E-mail/Text: blegal@phfa.org Dec 13 2017 01:11:29     PA Housing Finance Age,   PO Box 8029,
                  Harrisburg, PA 17105-8029
13847877         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 01:12:19
                  Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
13956251        +E-mail/Text: blegal@phfa.org Dec 13 2017 01:11:29     U.S. Bank National Association,
                  c/o Pennsylvania Housing Finance Agency,   211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Ally Financial Inc.,   P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2              Date Rcvd: Dec 12, 2017
                              Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Candace Monique Long ray@colemankempinski.com,
               raykemp1006@gmail.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| CANDACE MONIQUE LONG | : | |
| Debtor(s). | : | Bankruptcy No. 17-10101-MDC |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. As Debtor filed four (4) previous bankruptcies Debtor is barred for twenty-four (24) months from filing a bankruptcy without leave of the Court.

3. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

4. Any wage orders previously entered are **VACATED**.

5. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

6. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

7. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days

after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

      7.      If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 12/7/17

                                                                 MAGDELINE D. COLEMAN
                                                                 UNITED STATES BANKRUPTCY JUDGE