## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
|    CANDACE MONIQUE LONG | : | |
| | : | |
| Debtors | : | Bankruptcy No. 17-10101 MDC |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor, and all creditors and parties-in-interest, and good cause having been shown,

IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,500.00, and reimbursement of expenses, in the amount of $365.00, are ALLOWED, and the Standing Trustee shall disburse $2,365.00 of such amount to counsel for Debtor in accordance with the terms of Debtor's Chapter 13 Plan.

Dated: February 7, 2018

_____
United States Bankruptcy Judge

cc:   Raymond Kempinski
      1700 Market Street
      Suite 1005
      Philadelphia, PA 19103

      William C. Miller
      Chapter 13 Trustee
      111 S Independence Mall, Suite 583
      Philadelphia, PA 19106