United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10101-mdc
Candace Monique Long                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD           Page 1 of 1           Date Rcvd: Feb 09, 2018
                      Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.
db             +Candace Monique Long,    1515 Manton Street,    Philadelphia, PA 19146-3128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2018 at the address(es) listed below:
        JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        RAYMOND M. KEMPINSKI    on behalf of  Raymond  Kempinski ray@colemankempinski.com, raykemp1006@gmail.com
        RAYMOND M. KEMPINSKI    on behalf of Debtor Candace Monique Long ray@colemankempinski.com, raykemp1006@gmail.com
        REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                         TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| CANDACE MONIQUE LONG | : | |
| | : | |
| Debtors | : | Bankruptcy No. 17-10101 MDC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor, and all creditors and parties-in-interest, and good cause having been shown,

IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,500.00, and reimbursement of expenses, in the amount of $365.00, are ALLOWED, and the Standing Trustee shall disburse $2,365.00 of such amount to counsel for Debtor in accordance with the terms of Debtor's Chapter 13 Plan.

Dated: February 7, 2018

_____
United States Bankruptcy Judge

cc:   Raymond Kempinski
      1700 Market Street
      Suite 1005
      Philadelphia, PA 19103

      William C. Miller
      Chapter 13 Trustee
      111 S Independence Mall, Suite 583
      Philadelphia, PA 19106